UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| OLYMPUS SPA, MYOON WOON LEE, SUN LEE, JANE DOE EMPLOYEE 1, JANE DOE EMPLOYEE 2, JANE DOE EMPLOYEE 3, JANE DOE PATRON 1, <br><br>Plaintiffs, <br><br>v. <br><br>SHARON ORTIZ, in her official capacity as Executive Director of the Washington State Human Rights Commission, <br><br>Defendant. | Case No.: <br><br>DECLARATION OF SUN LEE |

The undersigned, in support of the motion for declaratory and injunctive relief does declare under penalty of perjury of the laws in the state of Washington that the herein declared statements are true and correct to the best of the declarants knowledge and/or understanding :

**1. On or about May 2021 Olympus Spa was contacted by the Human Rights Commission of Washington stating that a complaint had been lodged.**

The complaint alleged someone was denied entry and discriminated against for presenting as a male when trying to check in to the spa. Ex 1 The complaint alleges

DECLARATION OF SUN LEE - 1

that the "owner" denied Haven services which is not true as the persons are checked in using electronic check in stations and do not interface with owners.

Generally speaking we have no idea if a preoperative transgender violates the policy of the spa until they are undressed. There were numerous incidents where a male entered our spa off-guarded, undressed his clothes in the locker room, and went into a pool area.

Every time the incident occurred, it left so many customers in shock and with fear because they recognized a fully nude man with his genitals exposed entering a pool that was already occupied by all women. Some of our customers cried with anger complaining that our spa allowed men to sexually assault women at the spa including minors. Exposing a male genital in a public setting can be a threat to people especially to the opposite sex.

As a result, it has tremendously damaged our business's reputation for many months. It caused us so much loss in financial opportunities and extreme psychological, mental, and even physical pain.

On or about November 2020 we received an "notice of complaint of investigation" from the Human Rights Commission and we were threatened with legal action. Ex 2

On March 12, 2021 a second complaint was received. Ex 3

We responded later that month denying the allegations of the complaint and attempting to assert our beliefs regarding traditional Christian Korean spa operations as well as questioning the legality of nude preoperative male presenting individuals intermingling with females in confined spaces. Ex 4

We were found guilty of discrimination based on the website language regarding females and female only policy for the spa. Ex 5 We were told what we could say and what we could not say, and what we could think/believe and not think/believe.

Over the course of being notified of the discrimination and allegations that "owners" had denied service to Haven Wilvich we began an internal investigation to determine when the alleged discrimination happened and who was the employee (alleged owner) who denied entry. We found no record of Haven Wilvich having been in either of our spas. We keep records via an electronic sign in portal of all

DECLARATION OF SUN LEE - 2

individuals who enter the spa. They fill out their information prior to being admitted in the waiting area. Haven Wilvich would have submitted such information, and being that Haven presents as feminine no one would have known otherwise until and unless Haven was nude. No employee has any recollection of speaking with a Haven Wilvich and we believe we were targeted by Haven Wilvich for our beliefs/creed. Ex 6

The HRC representatives response stated that it was "too late" for us to present evidence that we did not discriminate against Haven Wilvich because "Ms. Wilvich already filed a complaint of discrimination with the Washington State Human Rights Commission." Ex 7

We were then told that it was our policy as listed on the website that was noncompliant and which was violative of the law, and there was no further reference that Haven Wilvich's complaint was the grounds for the investigation. Ex 8

Thereafter, In July, we were presented with the terms of settlement including: changing the website language, training materials to ensure understanding of the law and compliance, and a review of our policies to ensure compliance with RCW § 49.60. Ex 9

Through correspondence and asking of questions a draft settlement agreement was sent which confirmed the change of the website language and reserved the right to bring suit at a later date. Ex. 10

Thereafter a final agreement was [signed] under threat of suit and referral to the AG office. Ex. 11

**2. Religion is part of our lifestyle and it is our duty to protect women and children.**

According to our religion, man and woman are created differently. Our spa is designed specifically for women and our mission is to restore and rejuvenate women's physical health as well as spiritual health. Some customers think of our spa as a healing place for victims of sexual assault, especially by men. Some of our spa employees choose to work here because they felt safe.

DECLARATION OF SUN LEE - 3

Our cultural heritage and our beliefs are an integral part of who we are. By adopting policies that violate both of these our heritage and beliefs will be lost. Women are in a vulnerable position when they are unclothed and/or having treatment while unclothed and we seek to ensure that they feel their privacy and rights are respected. This is a biblical principle from 1 Peter 3:7, 1 Timothy 3:1-7, 1 Timothy 5:2, Phillipians 4:3, Genesis 1:27, Proverbs 31:17, Phillipians 2:3 and more.

These verses highlight our goal and mission to provide a safe, private, and respectful environment for women. This is not at the expense of those with male genitalia but for the sanctity and protection of those with female genitalia.

The incidents described previously violated all of our original business intent of creating a safe haven and a healing place for women. When a person is fully nude, without knowing the person's self-claimed gender identity, one could only distinguish between a male and a female is by looking at genitalia.

We have female minors coming with their mother, we certainly need to care for little children's well-being mentally and physically. We are responsible to protect those younger customers from either half or fully undressed males approaching them from both a cultural and creed based stance. That's part of our religious belief to protect the weak and defenseless by separating a gender group in a nude area. Traditional Korean spas do not treat men for ddemiri and sheshin.

**3. This is a Korean Traditional Spa - Inherited from generation to generation.**

We are a Korean Spa that is also based on Korean traditional values. Therefore, anyone who enters our spa understands that we operate our spa in Korean style. Preserving culture is important to us as our culture continues to be reduced and marginalized. We are the only Korean spa in the state and if we close our doors our culture is forever lost. Everyone has been ethical, respectful, and appreciated our "Korean Traditional Spa." Korean traditional Spa means it provides female spa separately at their comforts. Also, the Korean body scrub has been always served by the same gender over hundreds of years. A service provider never serves a Korean body scrub to an opposite-sex customer. Our ethnicity and creed is being discriminated against.

Declared this 24th day of Feb, 2022

DECLARATION OF SUN LEE - 4

_____
SUN LEE

DECLARATION OF SUN LEE - 5