# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| OLYMPUS SPA, MYOON WOON LEE, SUN LEE, JANE DOE EMPLOYEE 1, JANE DOE EMPLOYEE 2, JANE DOE EMPLOYEE 3, JANE DOE PATRON 1,<br><br>Plaintiffs,<br><br>v.<br><br>SHARON ORTIZ, in her official capacity as Executive Director of the Washington State Human Rights Commission,<br><br>Defendant. | Case No. 2:22-cv-00340<br><br>**Corporate Disclosure Statement Rule 7.1** |

There is no parent company nor any publicly held corporation owning more than 10% of the stock of the company to identify as required by LCR 7.1(a)(1).

COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF [42 U.S.C. § 1983] [Demand for Jury Trial] - 1

**Pacific Justice Institute**
6404 Three Rivers Drive
Pasco, WA 99301
(509) 713-9868

7507650.1

/s/ Tracy Tribbett

Tracy Tribbett
WSBA #35922

_____

COMPLAINT FOR DECLARATORY
RELIEF, INJUNCTIVE RELIEF [42 U.S.C. § 1983]
[Demand for Jury Trial] - 2

**Pacific Justice Institute**
6404 Three Rivers Drive
Pasco, WA 99301
(509) 713-9868

7507650.1