The Honorable Theresa L. Fricke

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OLYMPUS SPA, MYOON WOON LEE, JANE DOE EMPLOYEE 1, JANE DOE EMPLOYEE 2, JANE DOE EMPLOYEE 3, JANE DOE PATRON 1,<br><br>Plaintiffs,<br><br>v.<br><br>SHARON ORTIZ, in her official capacity as Executive Director of the Washington State Human Rights Commission,<br><br>Defendant. | NO. 2:22-cv-00340-TLF<br><br>NOTICE OF APPEARANCE |

**TO:** CLERK OF THE ABOVE ENTITLED COURT,

**AND TO:** TRACY TRIBBETT, attorney for Plaintiffs:

PLEASE TAKE NOTICE that Assistant Attorney General Neal Luna hereby enters his appearance on behalf of Defendant, Sharon Ortiz, in her official capacity as Executive Director of the Washington State Human Rights Commission, in the above-entitled matter. It is requested that the undersigned be included in service of all papers and pleadings herein, except original process, at the address listed below.

//

NOTICE OF APPEARANCE
2:22-cv-00340-TLF

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  DATED this 31st day of March, 2022.

2

3          Respectfully submitted,

4          ROBERT W. FERGUSON
         Attorney General of Washington

5

6          _____
         NEAL LUNA, WSBA No. 34085

7          Assistant Attorney General
         Wing Luke Civil Rights Division

8          Office of the Attorney General
         800 Fifth Avenue, Suite 2000

9          Seattle, WA 98104
         (206) 287-4189

10          neal.luna@atg.wa.gov

NOTICE OF APPEARANCE     2     ATTORNEY GENERAL OF WASHINGTON
2:22-cv-00340-TLF                Civil Rights Division
                      800 Fifth Avenue, Suite 2000
                      Seattle, WA 98104
                      (206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED this 31st day of March, 2022.

*/s/ Allie Lard*
Allie Lard
Legal Assistant

NOTICE OF APPEARANCE
2:22-cv-00340-TLF

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744