UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPUS SPA et al., <br><br> Plaintiff(s), <br> v. <br><br> SHARON ORTIZ, <br><br> Defendant(s). | CASE NO. 2:22−cv−00340−LK <br><br> MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Lauren King, United States District Judge. All future documents filed in this case must bear the cause number 2:22−cv−00340−LK and bear the Judge's name in the upper right hand corner of the document.

DATED April 1, 2022

                                             Ravi Subramanian
                                             Clerk of Court

                                             By:  /s/ Gayle M Riekena
                                                     Deputy Clerk