1
2
3
4
5
6
7
8
9
10

The Honorable Lauren King

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| OLYMPUS SPA, MYOON WOON LEE, JANE DOE EMPLOYEE 1, JANE DOE EMPLOYEE 2, JANE DOE EMPLOYEE 3, JANE DOE PATRON 1,<br><br>Plaintiffs,<br><br>v.<br><br>SHARON ORTIZ, in her official capacity as Executive Director of the Washington State Human Rights Commission,<br><br>Defendant. | NO. 2:22-cv-00340-LK<br><br>STIPULATED MOTION TO SET BRIEFING SCHEDULE<br><br>NOTED FOR CONSIDERATION: April 4, 2022 |

## I.  STIPULATION

The parties, through their respective undersigned counsel, stipulate and move as follows:

Plaintiffs Olympus Spa, at al., initiated this action through the filing of a Complaint on March 22, 2022. ECF No. 1. Defendant Sharon Ortiz, in her official capacity as Executive Director of the Washington State Human Rights Commission, was served with the summons and complaint on March 24, 2022. Defendant's answer would be due on April 14, 2022, Fed. R. Civ. Proc. 12(a)(1)(A)(i); however, Defendant anticipates filing a motion to dismiss

STIPULATED MOTION TO SET
BRIEFING SCHEDULE
2:22-cv-00340-LK

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

Plaintiffs' claims. Accordingly, and for good cause, the parties jointly stipulate to the following schedule to fully brief the issues:

**May 12:**   Due date for Defendant's motion to dismiss;

**June 9:**   Due date for (1) Plaintiffs' response to Defendants' motion to dismiss;

**June 23:**   Due date for Defendant's reply in support of motion to dismiss;

**June 23:**   Noting date for Defendant's motion to dismiss.

DATED this 4th day of April, 2022.

                                        Respectfully submitted,
                                        ROBERT W. FERGUSON
                                        Attorney General of Washington

                                        */s/ Neal Luna*
                                        NEAL LUNA, WSBA No. 34085
                                        Assistant Attorney General
                                        Wing Luke Civil Rights Division
                                        Office of the Attorney General
                                        800 Fifth Avenue, Suite 2000
                                        Seattle, WA 98104
                                        (206) 287-4189
                                        neal.luna@atg.wa.gov

                                        *Attorney for Defendant*


                                        /s/ Tracy Tribbett
                                        Tracy Tribbett, SBN No. 35922
                                        Pacific Justice Institute
                                        6404 Three Rivers Dr.
                                        Pasco, WA 99301
                                        (509) 713-9868
                                        ttribbett@pji.org

                                        *Attorney for Plaintiffs*

STIPULATED MOTION TO SET
BRIEFING SCHEDULE
2:22-cv-00340-LK

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

## II. [PROPOSED] ORDER

Based on the foregoing stipulation, it is HEREBY ORDERED that the parties will adhere to the following briefing schedule for Defendant's motion to dismiss:

**May 12:** Due date for Defendant's motion to dismiss;

**June 9:** Due date for Plaintiffs' response to Defendant's motion to dismiss;

**June 23:** Due date for Defendant's reply in support of motion to dismiss;

**June 23:** Noting date for Defendant's motion to dismiss.

DATED this _____ day of _____, 2022

_____
Honorable Lauren King
United States District Judge

STIPULATED MOTION TO SET BRIEFING SCHEDULE
2:22-cv-00340-LK

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED this 4th day of April, 2022

*Allie Lard*
Allie Lard
Legal Assistant

STIPULATED MOTION TO SET
BRIEFING SCHEDULE
2:22-cv-00340-LK

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744