The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OLYMPUS SPA, MYOON WOON LEE, JANE DOE EMPLOYEE 1, JANE DOE EMPLOYEE 2, JANE DOE EMPLOYEE 3, JANE DOE PATRON 1,<br><br>Plaintiffs,<br><br>v.<br><br>SHARON ORTIZ, in her official capacity as Executive Director of the Washington State Human Rights Commission,<br><br>Defendant. | NO. 2:22-cv-00340-LK<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE<br><br>NOTED FOR CONSIDERATION: April 4, 2022 |

Based on the foregoing stipulation, it is HEREBY ORDERED that the parties will adhere to the following briefing schedule for Defendant's motion to dismiss:

**May 12:**     Due date for Defendant's motion to dismiss;

**June 9:**     Due date for Plaintiffs' response to Defendant's motion to dismiss;

**June 23:**    Due date for Defendant's reply in support of motion to dismiss;

**June 23:**    Noting date for Defendant's motion to dismiss.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE
2:22-cv-00340-LK

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1   DATED this _____ day of _____, 2022

4
    _____
    Honorable Lauren King
5   United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO SET
BRIEFING SCHEDULE
2:22-cv-00340-LK

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744