The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| OLYMPUS SPA, MYOON WOON LEE, JANE DOE EMPLOYEE 1, JANE DOE EMPLOYEE 2, JANE DOE EMPLOYEE 3, JANE DOE PATRON 1,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SHARON ORTIZ, in her official capacity as Executive Director of the Washington State Human Rights Commission,<br><br>                    Defendant. | NO.  2:22-cv-00340-TLF<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

THIS MATTER comes before the United States District Court on a Motion to Dismiss brought by Defendant Sharon Ortiz, in her official capacity as Executive Director of the Washington State Human Rights Commission. The Court, being familiar with the records on file, and having considered the Complaint, Defendant's Motion, Plaintiff's Response, and Defendant's Reply, hereby ORDERS, ADJUDGES, and DECREES that:

The State's Rule 12(b)(6) Motion is **GRANTED** and the case is **DISMISSED**.

**IT IS SO ORDERED.**

ENTERED this _____ day of _____ 2022.


_____
Honorable Lauren King
United States District Court Judge

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
2:22-cv-00340-TLF

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1

Presented by:

2

ROBERT W. FERGUSON

3

Attorney General of Washington

4

_____

5

NEAL LUNA, WSBA No. 34085

Assistant Attorney General

6

Wing Luke Civil Rights Division

Office of the Attorney General

7

800 Fifth Avenue, Suite 2000

Seattle, WA 98104

8

(206) 287-4189

neal.luna@atg.wa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
2:22-cv-00340-TLF

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744