**Hon. Judge Lauren King**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

OLYMPUS SPA, MYOON WOON LEE, SUN
LEE, JANE DOE EMPLOYEE 1, JANE DOE
EMPLOYEE 2 , JANE DOE EMPLOYEE 3, AND
JANE DOE PATRON 1
                                    Plaintiff,

        v.

SHARON ORTIZ, in her official capacity as
Executive Director of the Washington State Human
Rights Commission


                                    Defendants.

Case No. 2:22-cv-00340

[PROPOSED] ORDER DENYING
DEFENDANT'S MOTION TO DISMISS

THIS MATTER, having come before the Hon. Judge King of the District Court for the Western

District of Washington, on motion by Defendant to dismiss the action was reviewed by the court. All

filings including : the Complaint, Declaration of Plaintiff and Exhibits, the Motion by Defendant, the

Response of Plaintiff, and the Reply of Defendant [as well as Oral Argument heard before the Court on

*Month* and *day* of 2022] have been reviewed and the Court is apprised of the issues, facts, and law in

question. Having reviewed all submitted filings the Court finds Article III jurisdiction over this matter

where the Plaintiffs have established standing and redressable claims as to their First Amendment rights

which are ripe for review. Defendants  12(b)(1)/12(b)(6) motion is **DENIED.**

**IT IS SO ORDERED**

Signed this _____ day of _____ , 2022

_____
Hon. Judge Lauren King

Presented by:

/s/Tracy Tribbett _____
Tracy Tribbett, WSBA #35922
Pacific Justice Institute
6404 Three Rivers Drive
Pasco, WA 99301
(509)-713-9868
ttribbett@pji.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

Via email to attorneys for Defendant:

Declared under penalty of perjury in the State of Washington this 4nd day of April 2022 in Pasco WA

_____/s/ Tracy Tribbett_____
WSBA #35922
Pacific Justice Institute
6404 Three Rivers Drive
Pasco, WA 99301
ttribbett@pji.org
(509)-713-9868
