1   DATED this 23rd day of June, 2022.

2                                   Respectfully submitted,

3                                   ROBERT W. FERGUSON
                                    Attorney General of Washington
4

5   _____
    NEAL LUNA, WSBA No. 34085
6   Assistant Attorney General
    Wing Luke Civil Rights Division
7   Office of the Attorney General
    800 Fifth Avenue, Suite 2000
8   Seattle, WA 98104
    (206) 287-4189
9   neal.luna@atg.wa.gov

DEFENDANT'S REPLY IN
SUPPORT OF MOTION TO DISMISS
2:22-cv-00340-TLF

14

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744