Tracy Tribbett (SBN 35922)
PACIFIC JUSTICE INSTITUTE
6404 Three Rivers Drive
Pasco, WA 99301
Telephone: (509)-713-9868
E-mail: ttribbett@pji.org

Gregory D. Esau (SBN 22404)
ELLIS LI & MCKINSTRY PLLC
1700 Seventh Ave Ste 1810
Seattle, WA 98101-1820
Telephone: (206)682-0565
E-mail: gesau@elmlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLYMPUS SPA, JANE DOE EMPLOYEE, JANE DOE PATRON 1,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDRETA ARMSTRONG, in her official capacity as Executive Director of the Washington State Human Rights Commission, MADISON IMIOLA, in her official and individual capacities as Civil Rights Investigator for the Washington State Human Rights Commission,<br><br>Defendant. | Case No. 22-CV-00340-BJR<br><br>**PRAECIPE AMENDED COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF [42 U.S.C 1983]**<br><br>[Demand for Jury Trial] |

Counsel for Plaintiffs submits this praecipe to correct the erroneous filing of Docket #22 on June 29, 2023. Counsel inadvertently filed a redline version and submits the new version with no

1

COMPLAINT

markups for the Court's consideration. The Amended Complaint will show the changes by page and line number and are numerous. Plaintiff asks this Court to accept the corrected and cleaned up version without the redlines submitted with this praceipe.

DATED:  July 6, 2023

/s Tracy Tribbett
Tracy Tribbett (SBN 35922)
PACIFIC JUSTICE INSTITUTE
6404 Three Rivers Drive
Pasco, WA 99301
Telephone: (509)-713-9868
E-mail: ttribbett@pji.org

Gregory D. Esau (SBN 22404)
ELLIS LI & MCKINSTRY PLLC
1700 Seventh Ave Ste 1810
Seattle, WA 98101-1820
Telephone: (206)682-0565
E-mail: gesau@elmlaw.com

Attorneys for Plaintiffs

COMPLAINT