The Honorable Barbara J. Rothstein

1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

9

10  OLYMPUS SPA, JANE DOE                    CASE NO.  2:22-CV-00340-BJR
EMPLOYEE, JANE DOE PATRON 1,

11                   Plaintiffs,             NOTICE OF APPEARANCE

12       v.

13  ANDRETA ARMSTRONG, in her
official capacity as Executive Director of

14  the Washington State Human Rights
Commission, MADISON IMIOLA, in her

15  official and individual capacities as Civil
Rights Investigator for the Washington

16  State Human Rights Commission,

17                   Defendants.

18

19  **TO:**         CLERK OF THE ABOVE ENTITLED COURT,

20  **AND TO:**     TRACY TRIBBETT and GREGORY D. ESAU, attorneys for Plaintiffs:

21          PLEASE TAKE NOTICE that Assistant Attorney General David Ward hereby enters his

22  appearance in the above-entitled matter on behalf of Defendants, Andreta Armstrong, in her official

23  capacity as Executive Director of the Washington State Human Rights Commission, and Madison

24  Imiola, in her official and individual capacities as Civil Rights Investigator for the Washington State

25  Human Rights Commission. It is requested that the undersigned be included in service of all

26  papers and pleadings herein, except original process, at the address listed below.

1 | DATED this 19th day of July, 2023.

2

3 | Respectfully submitted,

4 | ROBERT W. FERGUSON
Attorney General of Washington

5

6

7 | DAVID WARD, WSBA No. 28707
Assistant Attorney General

8 | Wing Luke Civil Rights Division
Office of the Attorney General

9 | 800 Fifth Avenue, Suite 2000
Seattle, WA 98104

10 | (206) 340-6788
david.ward@atg.wa.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2
**CERTIFICATE OF SERVICE**

3
     I hereby certify that the foregoing document was electronically filed with the United

4
States District Court using the CM/ECF system. I certify that all participants in the case are

5
registered CM/ECF users and that service will be accomplished by the appellate CM/ECF

6
system.

7
     DATED this 19th day of July, 2023.

8

9
_____

10
Logan Young
Legal Assistant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26