The Honorable Barbara Jacobs Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OLYMPUS SPA, JANE DOE EMPLOYEE, JANE DOE PATRON 1,<br><br>Plaintiffs,<br><br>v.<br><br>ANDRETA ARMSTRONG, in her official capacity as Executive Director of the Washington State Human Rights Commission, MADISON IMIOLA, in her official and individual capacities as Civil Rights Investigator of the Washington State Human Rights Commission,<br><br>Defendants. | NO.  2:22-cv-00340-BJR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND SUSPEND INITIAL SCHEDULING DATES |

## I. STIPULATION

The parties, through their respective undersigned counsel, stipulate and move as follows:

Plaintiffs Olympus Spa, et al., filed an Amended Complaint on June 30, 2023, ECF No. 22, and a Praecipe Amended Complaint on July 6, 2023, ECF 24-1. Defendants anticipate filing a Motion to Dismiss Plaintiffs' Amended Complaint. Accordingly, and for good cause, the parties jointly stipulate to the following schedule to fully brief the issues:

STIPULATED MOTION TO SET
BRIEFING SCHEDULE AND SUSPEND
INITIAL SCHEDULING DATES
2:22-cv-00340-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

| | | |
|---|---|---|
| **August 7:** | | Due date for Defendants' Motion to Dismiss Plaintiffs' Amended Complaint; |
| **September 5:** | | Due date for Plaintiffs' Response to Defendants' Motion to Dismiss; |
| **September 18:** | | Due date for Defendants' Reply in support of Motion to Dismiss. |

Given this briefing schedule, the parties also stipulate and move this Court to suspend the initial scheduling dates for the FRCP 26(f) conference and for submitting initial disclosures and the Joint Status Report and Discovery Plan until after the Court rules on Defendants' Motion to Dismiss.

DATED this 19th day of July, 2023.

Respectfully submitted,

ROBERT W. FERGUSON
Attorney General of Washington

NEAL LUNA, WSBA No. 34085
DAVID WARD, WSBA No. 28707
Assistant Attorneys General
Wing Luke Civil Rights Division
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 287-4189
neal.luna@atg.wa.gov
david.ward@atg.wa.gov

*Attorneys for Defendants*

  /s/ Tracy Tribbett
Tracy Tribbett, WSBA No. 35922
Pacific Justice Institute
6404 Three Rivers Dr.
Pasco, WA 99301

STIPULATED MOTION TO SET
BRIEFING SCHEDULE AND SUSPEND
INITIAL SCHEDULING DATES
2:22-cv-00340-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

(509) 713-9868
ttribbett@pji.org

Gregory D. Esau, WSBA No. 22404
ELLIS LI & MCKINSTRY PLLC
1700 Seventh Ave Ste 1810
Seattle, WA 98101-1820
(206) 682-0565
gesau@elmlaw.com

*Attorneys for Plaintiffs*

## II. [PROPOSED] ORDER

Based on the foregoing stipulation, it is HEREBY ORDERED that the parties will adhere to the following briefing schedule for Defendants' Motion to Dismiss Plaintiffs' Amended Complaint:

**August 7:**       Due date for Defendants' Motion to Dismiss Plaintiff's Amended Complaint;

**September 5:**    Due date for Plaintiffs' response to Defendants' Motion to Dismiss;

**September 18:**   Due date for Defendants' reply in support of Motion to Dismiss;

The Court suspends the initial scheduling dates for the FRCP 26(f) conference and for submitting initial disclosures and the Joint Status Report and Discovery Plan until after the Court rules on Defendants' Motion to Dismiss.

DATED this _____ day of _____, 2023

_____
Honorable Barbara Jacobs Rothstein
United States District Judge

STIPULATED MOTION TO SET
BRIEFING SCHEDULE AND SUSPEND
INITIAL SCHEDULING DATES
2:22-cv-00340-BJR

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED this 19th day of July, 2023

_____
Logan Young
Legal Assistant

STIPULATED MOTION TO SET
BRIEFING SCHEDULE AND SUSPEND
INITIAL SCHEDULING DATES
2:22-cv-00340-BJR

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744