The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OLYMPUS SPA, JANE DOE EMPLOYEE, JANE DOE PATRON 1,<br><br>Plaintiffs,<br><br>v.<br><br>ANDRETA ARMSTRONG, in her official capacity as Executive Director of the Washington State Human Rights Commission, MADISON IMIOLA, in her official and individual capacities as Civil Rights Investigator for the Washington State Human Rights Commission,<br><br>Defendants. | NO. 2:22-cv-00340-BJR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

THIS MATTER comes before the United States District Court on Defendants' Motion to Dismiss. The Court, being familiar with the records on file, and having considered the Amended Complaint, Defendants' Motion, Plaintiffs' Response, and Defendants' Reply, hereby ORDERS, ADJUDGES, and DECREES that:

Defendants' Motion to Dismiss is **GRANTED** and the case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
2:22-cv-00340-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

ENTERED this _____ day of _____ 2023.

_____
Honorable Barbara J. Rothstein
United States District Court Judge

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Neal Luna*
_____
NEAL LUNA, WSBA No. 34085
DAVID WARD, WSBA No. 28707
Assistant Attorneys General
Wing Luke Civil Rights Division
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 287-4189
neal.luna@atg.wa.gov
david.ward@atg.wa.gov

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
2:22-cv-00340-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744