The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OLYMPUS SPA, JANE DOE EMPLOYEE, JANE DOE PATRON 1,<br><br>Plaintiffs,<br><br>v.<br><br>ANDRETA ARMSTRONG, in her official capacity as Executive Director of the Washington State Human Rights Commission, MADISON IMIOLA, in her official and individual capacities as Civil Rights Investigator for the Washington State Human Rights Commission,<br><br>Defendants. | NO. 2:22-cv-00340-BJR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

TO:         THE CLERK OF THE COURT;

AND TO:   ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that David Ward hereby gives notice of intent to withdraw as attorney of record for Defendants in the above captioned case, effective upon the filing of this Notice with the Court.

//

//

NOTICE OF WITHDRAWAL OF COUNSEL

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

    Neal Luna of the Office of the Attorney General will remain as counsel of record for the Defendants.

    DATED this 3rd day of November, 2023.

                                        Respectfully submitted,

                                        ROBERT W. FERGUSON
                                        Attorney General of Washington

                                        */s/ David Ward*
                                        DAVID WARD, WSBA No. 28707
                                        Assistant Attorney General
                                        Wing Luke Civil Rights Division
                                        Office of the Attorney General
                                        800 Fifth Avenue, Suite 2000
                                        Seattle, WA 98104
                                        (206) 340-6788
                                        david.ward@atg.wa.gov

                                        */s/ Neal Luna*
                                        NEAL LUNA, WSBA No. 34085
                                        Assistant Attorney General
                                        Wing Luke Civil Rights Division
                                        Office of the Attorney General
                                        800 Fifth Avenue, Suite 2000
                                        Seattle, WA 98104
                                        (206) 287-4189
                                        neal.luna@atg.wa.gov

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED this 3rd day of November, 2023, in Seattle, Washington.

_____
Logan Young
Paralegal

NOTICE OF WITHDRAWAL OF COUNSEL

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744