# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

OLYMPUS SPA, et al.,
Plaintiffs,

v.

ANDRETA ARMSTRONG, MADISON
IMIOLA,
Defendants

**JUDGMENT IN A CIVIL CASE**

CASE NO. 2:22-cv-340-BJR

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

For the reasons set forth in the Order Granting Defendant's Motion to Dismiss Amended Complaint, Dkt. No. 35, dated November 13, 2023, the Court dismissed this matter with prejudice.

Dated November 15, 2023.

Ravi Subramanian
Clerk of Court

s/*Serge Bodnarchuk*
Deputy Clerk