# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Western District of Washington

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-00340-BJR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/22/2022

Date of judgment or order you are appealing: 11/15/2023

Docket entry number of judgment or order you are appealing: 36

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Olympus Spa, Myoon Woon Lee, Sun Lee, Jane Doe Employees 1-3, Jane Doe Patron 1

Is this a cross-appeal?  ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Tracy Tribbett            **Date** December 6, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Olympus Spa, Myoon Woon Lee, Sun Lee, Jane Doe Employees 1-3, Jane Doe Patron 1

Name(s) of counsel (if any):
Tracy Tribbett
Kevin Snider
Matthew McReynolds

Address: P.O. Box 276600, Sacramento, CA 95827

Telephone number(s): 509-713-9868; 916-857-6900

Email(s): ttribbett@pji.org; ksnider@pji.org; mmcreynolds@pji.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Andreta Armstrong
Madison Imiola

Name(s) of counsel (if any):
David James Ward
Neal Harold Luna

Address: 800 5th Ave., Ste. 2000, Seattle, WA 98104-3188

Telephone number(s): 206-340-6788; 206-326-5481

Email(s): david.ward@atg.wa.gov; neal.luna@atg.wa.gov

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*