

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 23-4031
Originating Case Number: 2:22-cv-00340-BJR

Case Title: Olympus Spa, et al. v. Armstrong, et al.

**Wednesday, December 13, 2023**
| | |
|---|---|
| Olympus Spa | Mediation Questionnaire due |
| Myoon Woon Lee | Mediation Questionnaire due |
| Sun Lee | Mediation Questionnaire due |
| Jane Doe | Mediation Questionnaire due |
| Jane Does | Mediation Questionnaire due |

**Wednesday, December 20, 2023**
| | |
|---|---|
| Olympus Spa | Appeal Transcript Order Due |
| Myoon Woon Lee | Appeal Transcript Order Due |
| Sun Lee | Appeal Transcript Order Due |
| Jane Doe | Appeal Transcript Order Due |
| Jane Does | Appeal Transcript Order Due |

**Friday, January 19, 2024**
| | |
|---|---|
| Olympus Spa | Appeal Transcript Due |
| Myoon Woon Lee | Appeal Transcript Due |
| Sun Lee | Appeal Transcript Due |
| Jane Doe | Appeal Transcript Due |
| Jane Does | Appeal Transcript Due |

**Wednesday, February 28, 2024**

| | |
|---|---|
| Olympus Spa | Appeal Opening Brief Due |
| Myoon Woon Lee | Appeal Opening Brief Due |
| Sun Lee | Appeal Opening Brief Due |
| Jane Doe | Appeal Opening Brief Due |
| Jane Does | Appeal Opening Brief Due |

**Friday, March 29, 2024**

| | |
|---|---|
| Andreta Armstrong | Appeal Answering Brief Due |
| Madison Imiola | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**